UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEC DEVERE RAFTER,<br>　　　　Plaintiff,<br>　v.<br>NANCY A. BERRYHILL,<br>　　　　Defendant. | Case No. 18-cv-06870-KAW<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to the July 1, 2019 stipulated order, Plaintiff's motion for summary judgment was due by July 12, 2019. (Dkt. No. 25.) As of the date of this order, Plaintiff has not filed his motion for summary judgment or a request for an extension of time. Accordingly, the Court ORDERS Plaintiff to show cause, by **August 9, 2019**, why this case should not be dismissed for failure to prosecute by: (1) filing his motion for summary judgment or a request for an extension of time, and (2) explaining why he did not timely file his motion for summary judgment.[1]

IT IS SO ORDERED.

Dated: July 31, 2019

　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The Court notes that there have been four extensions of time due to Plaintiff's counsel being ill and undergoing surgery. (Dkt. Nos. 16, 20, 23, 25.) If a further extension is needed, Plaintiff's counsel should request an extension to the date necessary to accommodate her medical needs, rather than requesting a shorter extension (and necessitating further extensions of time).