1  DAVID L. ANDERSON, CSBN 149604
   United States Attorney
2  DEBORAH LEE STACHEL, CSBN 230138
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  ALLISON J. CHEUNG, CSBN 244651
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
        San Francisco, CA 94105-1545
6       Telephone: (415) 977-8942
7       Facsimile: (415) 744-0134
   E-mail: allison.cheung@ssa.gov
8
9  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ALEC RAFTER, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 4:18-cv-06870-KAW <br><br> **STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 22-day extension of time, from October 21, 2019 to November 12, 2019, for Defendant to respond to Plaintiff's Motion for Summary Judgment (Dkt. No. 27).

This is Defendant's second request for an extension of time. Good cause exists for this extension due to Defendant's counsel's workload as described below. Defendant's counsel was on leave from August 23 to September 3, which was a primary reason for seeking the first extension. Since returning from leave, Defendant's counsel has worked on approximately 32 district court cases, as well as two Ninth Circuit appeals. Counsel is also responsible for other substantive non-litigation matters in the Office of General Counsel.

Additional time is required to review the record, to evaluate the numerous issues raised in Plaintiff's brief, to determine whether options exist for settlement, and if not, to prepare Defendant's response to the opening brief. Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

Plaintiff does not oppose Defendant's request for an extension of time. The parties further stipulate that the deadline for any reply by Plaintiff, if necessary, will be extended accordingly.

Respectfully submitted,

Dated: October 16, 2019  /s/ Georgeana K. Roussos
(*as authorized via email on October 16, 2019)
GEORGEANA K. ROUSSOS
Attorney for Plaintiff

Dated: October 16, 2019  DAVID L. ANDERSON
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ Allison J. Cheung
ALLISON J. CHEUNG
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

Pursuant to stipulation, IT IS SO ORDERED. No further extensions will be granted.

Dated: 10/18/2019  _____
THE HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge